**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DEDDRICK ROBINSON**                                                                     **PLAINTIFF**

VS.                            CASE NO. 3:14CV00206 PSH

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                      **DEFENDANT**

**ORDER**

Now before the Court is the plaintiff Deddrick Robinson's ("Robinson") motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Carolyn W. Colvin ("Colvin") does not oppose the motion.

We grant the motion, approving an EAJA award in the total amount of $2,098.72 ($2,078.65 in attorney fees, plus $20.07 in expenses). We find nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Robinson, and not his attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Robinson, in care of his attorney, Mr. Anthony Bartels, and shall mail the check to Mr. Bartels at his Jonesboro, Arkansas, address.

IT IS SO ORDERED this 5th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE